IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES H. SIMMONS                                                    PLAINTIFF
ADC #135731

v.                              No. 5:14-cv-136-DPM-JJV

ALLEN CHEEK, Sheriff, Arkansas County
Detention Center; ROBBIE FRED, Jail Administrator,
Arkansas County Detention Center; and
TERESA LINDSEY                                                         DEFENDANTS

## ORDER

Unopposed recommendation, № 47, adopted as modified. FED. R. CIV. P. 72(b) (1983 Comments to Advisory Committee Notes). Lindsey's motion to dismiss, № 42, granted as modified. Simmons's official-capacity claim against Lindsey is dismissed with prejudice and his personal-capacity claim against her is dismissed without prejudice. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 January 2015