IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES H. SIMMONS                                                        PLAINTIFF
ADC #135731

v.                                   No. 5:14-cv-136-DPM-JJV

ALLEN CHEEK, Sheriff, Arkansas County
Detention Center and ROBBIE FREAD, Jail Administrator,
Arkansas County Detention Center;                          DEFENDANTS

ORDER

Unopposed recommendation, № 57, adopted. FED. R. CIV. P. 72(b) (1983 Comments to Advisory Committee Notes). Fread and Cheek's motion for summary judgment, № 48, is granted. Simmons's motion for summary judgment, № 52, is denied. The Court directs the Clerk to change Robbie Fred to Robbie Fread on the docket. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 February 2015