IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES H. SIMMONS                                                    PLAINTIFF
ADC #135731

v.                          No. 5:14-cv-136-DPM

ALLEN CHEEK, Sheriff, Arkansas County
Detention Center; ROBBIE FRED, Jail Administrator,
Arkansas County Detention Center; and
TERESA LINDSEY                                                        DEFENDANTS

## JUDGMENT

1. Simmons's official-capacity claims against Lindsey are dismissed with prejudice. His individual-capacity claims against Lindsey are dismissed without prejudice.

2. All of Simmons's claims against Cheek and Fread are dismissed with prejudice.

                                                    */s/ D.P. Marshall Jr.*
                                                    D.P. Marshall Jr.
                                                    United States District Judge

                                                  19 February 2015